UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60058-CIV-COHN/SNOW

CHRISTOPHER A. RHOADES,

    Plaintiff,

v.

VoIP, INC., et al.,

    Defendants.
_____/

**O R D E R**

THIS CAUSE is before the Court on counsel Paul McDonald's Motion to Appear *Pro Hac Vice* (DE 9) . Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Paul McDonald, Esquire, is hereby permitted to enter a limited appearance for purposes of representing the plaintiff **Christopher Rhoades** in this cause; Joseph Raia, Esquire, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 16th day of February, 2007.

                                                     LURANA S. SNOW
                                                   UNITED STATES MAGISTRATE JUDGE

Copies to:

Joseph Raia, Esq. (P and Local Counsel for McDonald)
Paul McDonald, Esq.
Craig Trigoboff, Esq. (D-Ivester)