SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

------------------------------------------------------------x
CHRISTOPHER A. RHOADES,                :
                                       :   Case No.: 07-60058 - CIV-COHN
                    Plaintiff,         :
    - against -                        :
                                       :
VOIP, INC. and STEVEN IVESTER,         :
                                       :
                    Defendants.        :
------------------------------------------------------------x

## ORDER APPROVING SETTLEMENT

THIS CAUSE came on before the Court upon the parties' motion to conduct a Fairness Hearing pursuant to 15 U.S.C. Section 77c(a)(10). The Court having considered the matter, having conducted a hearing thereon, and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that the settlement reached in this matter between the parties is fair, reasonable and adequate. The Court hereby approves the terms thereof and retains jurisdiction to enforce its terms.

DONE AND ORDERED in Ft. Lauderdale, Broward County, Florida, this 22nd day of JUNE, 2007.

_____
District Court Judge

Copies Furnished To:

Nathan E. Nason, Esquire, Nason, Yeager, Gerson, White & Lioce, P.A., 1645 Palm Beach Lakes Boulevard, Suite 1200, West Palm Beach, Florida 33401

Joseph L. Raia, Esq., Equels Law Firm, 2601 South Bayshore Drive, Suite 600, Miami, Florida 33133

Thomas C. Adam, Esq., Waldman, Feluren, Hildebrandt & Trigoboff, P.A., 2200 N. Commerce Parkway, Ste. 202, Ft. Lauderdale, FL 33394

H:\7674\19073\POrderApprovingSettlementNEN/sjj