UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

-----------------------------------------------------------x
CHRISTOPHER A. RHOADES,                       :
                                              :   Case No.: 07-60058 - CIV-COHN
          Plaintiff,                        :
                                              :
- against -                                   :
                                              :
VOIP, INC. and STEVEN IVESTER,                :
                                              :
          Defendants.                       :
-----------------------------------------------------------x

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

The parties, by and through their undersigned attorneys, hereby stipulate to the voluntary dismissal, with prejudice, of this action, with each party to bear its own attorney's fees and costs.

_____
Nathan E. Nason, Esq.
Nason, Yeager, Gerson, White & Lioce, P.A.
1645 Palm Beach Lakes Blvd., Ste. 1200
West Palm Beach, FL 33401
Telephone: (561) 686-3307
Facsimile: (561) 656-6547
Fla. Bar No: 511218

_____
Joseph L. Raid, Esq.
Equels Law Firm
2601 South Bayshore Drive, Suite 600
Miami, Florida 33133
Telephone:
Facsimile:
Fla. Bar No: 6322083

_____
Thomas C. Adam, Esq.
Waldman, Feluren, Hildebrandt & Trigoboff, P.A.
2200 N. Commerce Parkway, Ste. 202
Ft. Lauderdale, FL 33394
Telephone:
Facsimile:
Fla. Bar No: 648711

H:\7674\19073\PStipulationVoluntaryDismissalNEN/sjj