UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-60058-CIV-COHN/SNOW

CHRISTOPHER A. RHOADES,

    Plaintiff,

v.

VOIP, INC. and STEVEN IVESTER,

    Defendants.

_____/

## ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' joint Stipulation for Voluntary Dismissal With Prejudice [DE 32]. Having previously approved the settlement as fair, and having considered the Stipulation and the record, it is hereby

**ORDERED AND ADJUDGED** that the above-referenced action is **DISMISSED with prejudice**, each party to bear its own attorney's fees and costs. The Court will retain jurisdiction to enforce the terms of the parties' settlement agreement dated May 14, 2007 and approved by this Court following a hearing on June 22, 2007 [DE 31]. It is further

**ORDERED AND ADJUDGED** that any pending motions are **DENIED as moot**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 11th day of July, 2007.

_____
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record